UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re Al-Hakeem El-Shabazz-Ali,           Misc. Case No. 16-mc-50608

       Petitioner.                       Honorable Nancy G. Edmunds
_____/

## ORDER CLOSING MISCELLANEOUS CASE

Beginning in April of 2016, *pro se* Petitioner Al-Hakeem El-Shabazz-Ali has filed a number of materials with this Court, including a copy of a chauffeur's license, various documents captioned as affidavits, declarations, and judicial notices, and records from a state court proceeding in which Petitioner's wife evidently sought and obtained a personal protection order against Petitioner. Understandably, the Clerk of the Court was uncertain as to the purpose for which Petitioner submitted these materials, and the present miscellaneous case was opened so that these submissions could be docketed and acted upon as the Court deemed appropriate.

Having reviewed Petitioner's submissions, the Court finds that this miscellaneous case should be closed for lack of any jurisdictional basis or cognizable claim for relief. Nothing in any of the materials submitted by Petitioner can be construed as stating a claim upon which relief can be granted, nor as raising any matters over which this Court may exercise subject matter jurisdiction. To the extent that Petitioner might take issue with rulings in a state court proceeding, this Court has no freestanding authority to review a state court's rulings or supervise its proceedings. Rather, Petitioner's proper recourse is to pursue an appeal or other available avenues of state court relief in accordance with the rules and procedures established by the Michigan courts.

For these reasons,

IT IS HEREBY ORDERED AND ADJUDGED that this miscellaneous case is CLOSED. Petitioner's submissions will no longer be accepted for filing, absent the commencement of a civil suit through the filing of a complaint accompanied by either (i) payment of the customary filing fee, or (ii) an application to proceed *in forma pauperis.*

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: September 8, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 8, 2017, by electronic and/or ordinary mail.

s/Carol J. Bethel
Case Manager